UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ADNAN ASAN,

                Petitioner,                          No. 11 Civ. 5370 (CSH).

        -against-                           **MEMORANDUM**

UNITED STATES OF AMERICA,

                Respondent.

-----------------------------------------------------------------X

HAIGHT, Senior United States District Judge:

Petitioner Adnan Asan, by and through his counsel, has contacted Chambers through email (dated 9/25/2011) requesting an extension of time to file his reply to the Government's Memorandum of Law in Opposition to Adnan Asan's Petition for Writ of Error Coram Nobis. Doc. #5. Asan's reply is currently due on or before **September 28, 2011**, and he requests an extension of fourteen (14) days to review evidence presented by the Government in its memorandum to which he "was not initially privy." The Government, through AUSA Lonergan, has indicated via email to Chambers and Asan's counsel (dated 9/26/2011) that it has no objection to the extension. Accordingly, for good cause shown and in the absence of objection, the Court hereby grants Asan's requested extension and thus orders that, if so advised, Asan may file and serve his

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 27 2011

reply to the Government's memorandum (Doc. #5) on or before **October 12, 2011.**

It is SO ORDERED.

Dated: New Haven, Connecticut
September 26, 2011

_____
CHARLES S. HAIGHT, JR.
SENIOR UNITED STATES DISTRICT JUDGE